DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| BENJAMIN PRENTICE and SOPHIA FRANCIS, | : : |
| Plaintiffs, | : 1:09-CV-5 |
| v. | : : |
| OFFICEMAX NORTH AMERICA, INC., | : : |
| Defendant | : |
| _____ | : |

**THIRD AND FINAL SCHEDULING ORDER**

THIS MATTER came for a status conference on June 20, 2011. Lee J. Rohn, Esquire appeared for the Plaintiffs; Charles Engeman, Esquire and Micol Morgan, Esquire appeared for the Defendant. It is;

**ORDERED** that the parties adhere to the following schedule:

1. The Plaintiff will complete and deliver to Defendant's attorney their Joint Final Pretrial statement in accordance with Rule 16.1 App. 1 LRCi by **September 12, 2011.**

2. The Defendant will complete their portion by **September 22, 2011**. (The court will enforce Rule 16.1(c)(1) LRCi regarding amendments to the final pretrial order).

3. The Proposed Joint Final Pretrial order will be filed with the Court on **September 26, 2011.**

4. The exhibit list is due on **September 26, 2011**.

5. The expert witness list is due on **September 26, 2011.**

6. A status conference will be held at Magistrate's Chambers on **August 30, 2011 at 2:30 P.M.**

7. A final pretrial conference is scheduled in Magistrate's Chambers on **September 27, 2011 at 11:30 A.M.**

8. Jury Trial will be on **October 17, 2011 at 9:30 A.M.** (cancel July 18, 2011) and will take **five (5)** days. This date may be continued if there are pending dispositive motions or a criminal trial that will take precedence.

ENTER:

Dated:  June 21, 2011            /s/ George W. Cannon, Jr.
                                      MAGISTRATE JUDGE