IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| BENJAMIN PRENTICE AND SOPHIA FRANCIS, | ) <br> ) No. 9-5 <br> ) |
| Plaintiffs, | |
| v. | |
| OFFICEMAX NORTH AMERICA, | |
| Defendant. | |

## ORDER OF COURT

Before the Court is Plaintiff's Motion for Reconsideration, seeking reconsideration of this Court's decision to decline to retain jurisdiction over Plaintiffs' state law claims. Plaintiff posits that the decision prejudices Plaintiffs due to the backlog in the state court. Motions for reconsideration are granted sparingly, "[b]ecause federal courts have a strong interest in finality of judgments." Continental Cas. Co. v. Diversified Indus., Inc., 884 F. Supp. 937, 943 (E.D.Pa. 1995). The purpose of a motion for reconsideration is "to correct manifest errors of law or fact or to present newly discovered evidence." Max's Seafood Cafe v. Quinteros, 176 F.3d 669, 677 (3d Cir.1999). Particularly as many of the state law questions at issue are relatively unsettled and best left for the state court, Plaintiffs have not persuaded me that the slow pace of Virgin Islands litigation warrants reconsideration of my decision.

AND NOW, this 16th day of April, 2012, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion for Reconsideration [No. 207] is DENIED.

BY THE COURT:

*Donetta W. Ambrose*

Donetta W. Ambrose, Senior Judge